IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Laura Fausett                                   CASE NO:  5:18-bk-13341 T
                                                                 Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

    COMES NOW THE COURT and finds that an order was entered in the above styled case on December 19, 2018, Docket Entry [45], requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of December 19, 2018.

    IT IS SO ORDERED.

Date:  02/26/2019                                      /s/  Richard D. Taylor
                                                       Richard D. Taylor
                                                       U.S. Bankruptcy Judge


cc:  Jack W Gooding, Trustee

    Dickerson Law Firm
    P O Box 8567
    Pine Bluff, AR  71611

    Laura Fausett
    421 S Oakley St
    Fordyce, AR  71742-3046

    All Creditors